MAYOR AND COUNCIL OF THE CITY OF ATHENS, plaintiff in error, *vs.* CRAWFORD W. LONG *et al.*, defendants in error.

The judgment of a superior court rendering a *mandamus* absolute, cannot be brought up by writ of error to this court under sections 3213, *et seq.*, of the Code, in reference to injunctions and other extraordinary remedies in equity. (R.)

*Mandamus.* Practice in the Supreme Court. Before the Supreme Court. July Term, 1874.

This case was sought to be brought up to this court under the provisions of the Code in reference to injunctions and other extraordinary remedies in equity. The bill of exceptions was filed to a judgment making a *mandamus* absolute. Counsel for plaintiff in error moved to have the case entered on the docket for the present term. The motion was over-ruled, the court enunciating the principle embraced in the above head-note.

COBB, ERWIN & COBB; T. W. RUCKER; S. P. THUR-MOND, for plaintiff in error.

SPEER & THOMAS, for defendants.